UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILAGROS JIMENEZ,

                Plaintiff,                20 **CIVIL** 2083 (NSR) (PED)

    -v-                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 10, 2021, that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), in connection with the Supreme Court's decision in Carr v. Saul, 141 S. Ct. 1352 (2021), in which the Court held that a claimant need not raise an Appointments Clause clam before the Social Security Administration, but may instead present it for the first time in federal court. On remand, the case will be assigned to a different law judge ("ALJ") to further evaluate plaintiff's claims, plaintiff will be offered the opportunity for a hearing, and the ALJ will issue a new decision.

**Dated:** New York, New York
         September 10, 2021

                                       **RUBY J. KRAJICK**
                                      _____
                                        **Clerk of Court**
                   **BY:**
                                         **Deputy Clerk**